# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **Anthony John Brandt, Susan Rae Brandt**  
Debtor(s)

Case No. **1:13-bk-02610-MDF**  
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-4535**

Joint Debtor's Social Security Number: **xxx-xx-8887**

**My (Our) Former Mailing Address and Telephone Number was:**

| | |
|---|---|
| Name: | **Anthony John Brandt and Susan Rae Brandt** |
| Street: | **5592 Elizabethtown Road** |
| City, State and Zip: | **Palmyra, PA 17078** |
| Telephone #: | |

**Please be advised that effective November 18, 2016,**  
my (our) new mailing address and telephone number is:

| | |
|---|---|
| Name: | **Anthony John Brandt and Susan Rae Brandt** |
| Street: | **117 North Lancaster Street** |
| City, State and Zip: | **Annville, PA 17003** |
| Telephone #: | |

/s/ Anthony John Brandt  
**Anthony John Brandt**  
Debtor

/s/ Susan Rae Brandt  
**Susan Rae Brandt**  
Joint Debtor