**LOCAL BANKRUPTCY FORM 3015-5**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Anthony John Brandt<br>Susan Rae Brandt<br>aka Susan R Harris | : <br> : <br> : <br> : <br> : <br> : <br> : | CHAPTER 13 <br><br> CASE NO. 1 - 13 -bk- 02610-HWV |
| **Debtor(s)** | : | |

**DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*If a joint petition is filed, each spouse must complete and file a separate certification.*

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

   Pursuant to 11 U.S.C. Section 1328(a), I certify that:

   [✓]   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

   [ ]   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

   My current address is:   117 North Lancaster St, Annville, PA 17003

   My current employer and my employer's
   address:   The M S Hershey Medical Center, 500 University Drive PO Box 850, Hershey, PA 17033

*Part III. Certification Regarding Section 522(q) (check no more than one)*

   Pursuant to 11 U.S.C. Section 1328(h), I certify that:

   [✓]   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $136,875[1] in value in the aggregate.

   [ ]   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $136,875[1] in value in the aggregate.

---

[1] *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV. Debtor's Signature*

      I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

DATED: 04/03/2018        BY: /s/ Susan Rae Brandt
                                                                                         Debtor