```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 13-02610-HWV
Anthony John Brandt                                             Chapter 13
Susan Rae Brandt
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: MMchugh              Page 1 of 1              Date Rcvd: Jun 12, 2018
                              Form ID: fnldec            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.
```
db            +Anthony John Brandt,   117 North Lancaster Street,   Annville, PA 17003-1217
jdb          #+Susan Rae Brandt,   117 North Lancaster Street,   Annville, PA 17003-1217
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    JPMC Specialty Mortgage LLC f/k/a WM Specialty
               Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lawrence G. Frank    on behalf of Creditor    Weiss, Weiss & Weiss lawrencegfrank@gmail.com,
               trusteefrank@gmail.com
              Leonard    Zagurskie, Jr   on behalf of Debtor 2 Susan Rae Brandt lzaglaw.usa@startmail.com,
               lzaglaw.usa@startmail.com
              Leonard    Zagurskie, Jr   on behalf of Debtor 1 Anthony John Brandt lzaglaw.usa@startmail.com,
               lzaglaw.usa@startmail.com
              Thomas I Puleo    on behalf of Creditor    JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage
               LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Anthony John Brandt,<br>**Debtor 1**<br>Susan Rae Brandt,<br>aka Susan R Harris,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:13−bk−02610−HWV |

Social Security No.:
xxx−xx−4535    xxx−xx−8887

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: June 12, 2018

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

**fnldec** (05/18)